IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50366
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFRED GREEN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CA-016
- - - - - - - - - -
December 1, 1995
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Alfred Green appeals from the district court's denial of his

28 U.S.C. § 2255 motion to vacate, set aside, or correct his

sentence.  Green argues that his guilty plea was invalid due to

the Government's broken promise not to use his 1972 conviction

for sentencing enhancement and that his counsel was ineffective.

Green also abandoned several issues on appeal and raised a new

ineffective-assistance-of-counsel argument for the first time on

_____

[*]    Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

appeal.  This court need not consider these issues. <u>See</u> <u>Brinkmann v. Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987); <u>see also</u> <u>Varnado v. Lynaugh</u>, 920 F.2d 320, 321 (5th Cir. 1991).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm the district court's denial of habeas relief.

AFFIRMED.